Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:     213-680-2800
Facsimile:     213-614-7399

Attorneys for *Defendant* **GOLDEN 1 CREDIT UNION**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERVIS OJEDA,<br><br>           Plaintiff,<br><br>  v.<br><br>THE GOLDEN 1 CREDIT UNION; THE FAHRNEY AUTOMOTIVE GROUP, LLC,<br><br>           Defendants. | Case No.: 1:25-cv-01025-KES-BAM<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>(Doc. 17) |

## **ORDER**

The Court has reviewed the Stipulated Protective Order filed by Plaintiff Dervis Ojeda ("Plaintiff") and Defendants The Golden 1 Credit Union and Fahrney Automotive Group ("Defendants"), through their counsel of record, requesting that the Court enter an Order.

Having considered the stipulation, and finding good cause, the Court adopts the signed Stipulated Protective Order, (Doc. 17), subject to the following:

Exhibit A, lines 12-14: "I further agree to submit to the jurisdiction of the United States District Court for the Eastern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action" is hereby struck and replaced with "I further agree to submit to the jurisdiction of the United States District Court for the Eastern District of California for the purpose of enforcing the terms of this Stipulated Protective Order**, up to and until the termination of this action**."

99445\327386997.v1

1    The parties are advised that pursuant to the Local Rules of the United States District Court,

2  Eastern District of California, any documents subject to the protective order to be filed under seal

3  must be accompanied by a written request which complies with Local Rule 141 prior to sealing. The

4  party making a request to file documents under seal shall be required to show good cause for

5  documents attached to a non-dispositive motion or compelling reasons for documents attached to a

6  dispositive motion. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2009). Within

7  five (5) days of any approved document filed under seal, the party shall file a redacted copy of the

8  sealed document. The redactions shall be narrowly tailored to protect only the information that is

9  confidential or was deemed confidential.

10    Additionally, the parties shall consider resolving any dispute arising under the protective

11  order according to the Court's informal discovery dispute procedure.

12

13  IT IS SO ORDERED.

14  Dated:    **December 19, 2025**         /s/ *Barbara A. McAuliffe*   _

15                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPROVING STIPULATED PROTECTIVE ORDER**

99445\327386997.v1