UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERVIS OJEDA,

Plaintiff,

v.

THE GOLDEN 1 CREDIT UNION; THE FAHRNEY AUTOMOTIVE GROUP, LLC,

Defendants.

Case No. 1:25-cv-01025-KES-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS REGARDING DEFENDANT THE GOLDEN 1 CREDIT UNION

(ECF No. 22)

On August 14, 2026, Plaintiff Dervis Ojeda and Defendant The Golden 1 Credit Union filed a notice of settlement, informing the court that a settlement has been reached between Plaintiff and Defendant The Golden 1 Credit Union and that dispositional documents will be filed no later than October 13, 2026. (ECF No. 22.) The parties did not show good cause for filing dispositional documents sixty (60) days after this notice, as opposed to filing dispositional within twenty-one (21) days. L.R. 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action regarding Defendant The Golden 1 Credit Union are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than September 4, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE