UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERVIS OJEDA,

Plaintiff,

v.

THE GOLDEN 1 CREDIT UNION; THE FAHRENY AUTOMOTIVE GROUP, LLC.,

Defendants.

Case No. 1:25-CV-1025-KES-FJS

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 26)

TWENTY-ONE (21) DAY DEADLINE

On November 18, 2026, the parties filed a notice of settlement (ECF No. 26), informing the court that a settlement has been reached and that dispositional documents will be filed within sixty (60) days of the date of the notice. *See* L.R. 272.

Pursuant to Local Rule 160, the court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The parties do not indicate why they require an additional thirty-nine (39) days to file a notice of dismissal. (*See* ECF No. 26 at 2.) The court will set a deadline for filing dispositional

documents that complies with the local rules. If additional time is needed, the parties may submit a motion to extend that proffers good cause.

The parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action.

Pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff SHALL file, or ensure the filing of, dispositional documents no later than twenty-one (21) days from the date of this order.

IT IS SO ORDERED.

Dated: **November 20, 2026**

UNITED STATES MAGISTRATE JUDGE